✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Donald Babinski, in his personal
capacity and as personal
representative of the Estate of
John Babinski,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs.

V.

Case Number: 07-CV-3374 (JMR/RLE)

American Family Insurance Group

Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
This matter comes before the Court on remand from the Eighth
Circuit Court of Appeals. The Eighth Circuit has directed that the
Court enter summary judgment for defendant American Family
Insurance Group.  Accordingly, IT IS ORDERED that defendant's motion for
summary judgment is granted.

|  |  |
|---|---|
| October 9, 2009 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/MMP |
|  | (By)                MMP,   Deputy Clerk |

Form Modified:  09/16/04